UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

Douglas Leon Servos

*(Enter full name of plaintiff)*

Plaintiff,

v.

Santiam Correctional Institution

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 6:24-cv-2144-SI
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☑ Yes   ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

#12063437

Name: Douglas Leon Servos
Street Address: Santiam Correctional Institution
City, State & Zip Code: Salem OR 97317
Telephone No.: 4005 Aumsville Hwy SE

Complaint for Violation of Civil Rights (Prisoner Complaint)                                1
[Rev. 01/2018]

**Defendant No. 1**  Name: SANTIAM Correctional Institution
Street Address: 4005 Aumville Hwy SE
City, State & Zip Code: Salem OR 97317
Telephone No.: _____

**Defendant No. 2**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 3**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 4**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

   A. You are bringing suit against (*check all that apply*):

   ☐ Federal officials (a *Bivens* claim)

   ☑ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

The PRISON I Am in is A NONE Smoking Intitution

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I been in prison almost two years, on a 30th month case and I Had to put up with Smoking every day that I Been in prison I Have a Hard time Breathing the way it is, I Am 65 years old And I Should Not Have to put up with Smoking, in a NONE Smokeing Instutition

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I can not go to the Rest Room with out putting up with people Smoking

Complaint for Violation of Civil Rights (Prisoner Complaint)    3
[Rev. 01/2018]

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint) [Rev. 01/2018]    4

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑ Yes    ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I would like to be given 500,000 dollars, for all the time I had to put up with, Smoking in a none Smoking Institution. My breathing has got worse in the last two years that I been in prison around people smoking every time I go to the Bathroom in a none Smoking Institution State prison

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 day of Dec, 2024

(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)   5
[Rev. 01/2018]

**Oregon Department of Corrections - AIC Mail**
Institution  Santiam C. I   SID 12063497
Name  Douglas Leon Servos
Address  4005 Aumsville Hwy S.E
City  Salem            State  OR  Zip  97317

NEOPOST
12/19/2024
US POSTAGE  $000.56⁰

DEC 20 2024
PORTLAND, OR

United States District Court
Office of the Clerk
District of Oregon
740 United State Courthouse
1000 S.W. Third Avenue Portland OR
97204-2